478 A.2d 113

Commonwealth v. Hanna, Appellant.

Submitted May 4, 1984. Karl F. Longenbach, for appellant; Michael Vedomsky, Assistant District Attorney, for appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Affirmed.

478 A.2d 114

Commonwealth v. Hart, Appellant.

Submitted November 28, 1983. Larry D. Feldman, for appellant; Jane C. Greenspan, Assistant District Attorney, for appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Affirmed.